# Third District Court of Appeal

**State of Florida**

Opinion filed March 11, 2015 .
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D13-2712
Lower Tribunal No. 12-39765

————————————

**Angelo Frau and Yamileth Frau,**
Appellants,

vs.

**JPMorgan Chase Bank, National Association,**
Appellee.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Jorge E. Cueto, Judge.

ICE Appellate and Amanda L. Lundergan (Royal Palm Beach), for appellants.

Elliot B. Kula and W. Aaron Daniel; Albertelli Law and Vincent McManus (Tampa), for appellee.

Before SHEPHERD, C.J., and SUAREZ and SCALES, JJ.

PER CURIAM.

Affirmed without prejudice to Angelo and Yamileth Frau having the right to raise the issue of insufficiency of service in the trial court below. See Barnsdale

Holdings LLC v. Deutsch Bank Nat'l Trust Co., 150 So. 3d 1247 (Fla. 3d DCA

2014).